IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

LEONARD WESLEY                                                          PLAINTIFF

VS.                          4:02CV00721 RSW/JTR

ABC BLOCK COMPANY                                                       DEFENDANT

### ORDER OF DISMISSAL

Having been notified by counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

**IT IS THEREFORE ORDERED** that the complaint and all claims in this action against the Defendant are **DISMISSED WITH PREJUDICE**.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED.**

Dated this 30th day of March, 2007.

*/s/ Rodney S. Webb*
RODNEY S. WEBB, District Judge
United States District Court